UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>KELLOGG COMPANY,<br><br>    Defendant. | 21-cv-07388-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 1, 2022

_____
VINCE CHHABRIA
United States District Judge