1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com

KALI R. BACKER (appearing *pro hac vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
kali@gutridesafier.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, ADINA RINGLER, and CHRISTIAN LEMUS, as individuals, on behalf of themselves, the general public and those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KELLOGG COMPANY, <br><br> Defendant. | CASE NO.  3:21-CV-7388-VC <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 2107(a), Plaintiffs Molly Brown, Adina Ringler and Christian Lemus appeal to the United States Court of Appeals for the Ninth Circuit from both (a) this Court's orders (Dkts. No. 40 and 42), filed April 1, 2022, and (b) this Court's final judgment dismissing the action (Dkt. No. 41), filed April 1, 2022.

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), a Representation Statement is attached as Exhibit A.

Dated: April 29, 2022                    Respectfully submitted,

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier*

Seth A. Safier, Esq.
Marie A. McCrary, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com

Kali R. Backer, Esq. (*pro hac vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
kali@gutridesafier.com

*Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**REPRESENTATION STATEMENT**

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), the following list represents all parties to the action and, upon information and belief, their respective counsel by name, address, telephone number, and email address.

| Party | Counsel of Record |
|---|---|
| **Plaintiffs-Appellants Molly Brown, Adina Ringler and Christian Lemus** | **GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>Marie A. McCrary, Esq. (State Bar No. 262670)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469<br>seth@gutridesafier.com<br>marie@gutridesafier.com<br><br>Kali R. Backer (appearing *pro hac vice*)<br>4450 Arapahoe Ave., Suite 100<br>Boulder, CO 80303<br>Telephone: (415) 639-9090<br>matt@gutridessafier.com<br>kali@gutridesafier.com |
| **Defendant-Appellee Kellogg Company** | **JENNER & BLOCK LLP**<br>Dean N. Panos (pro hac vice)<br>dpanos@jenner.com<br>353 North Clark Street<br>Chicago, IL 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>Alexander M. Smith (Cal. Bar No. 295187)<br>asmith@jenner.com<br>515 South Flower Street, Suite 3300 Los Angeles, CA  90071<br>Phone: (213) 239-5100<br>Facsimile: (213) 239-5199 |

Dated: April 29, 2022

Respectfully submitted,

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier*

Seth A. Safier, Esq.
Marie A. McCrary, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com

Kali R. Backer, Esq. (*pro hac vice*)
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
matt@gutridesafier.com
kali@gutridesafier.com

*Attorneys for Plaintiffs*